UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Nationwide Mutual Insurance Company, )<br>                    Plaintiff, )<br>                         )<br>   v.                          )<br>                            )<br>Tonya Best Lee, )<br>                         )<br>                  Defendant. )<br>                         ) | **JUDGMENT**<br><br>No. 5:15-CV-31-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to Approve Consent Judgment is allowed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** Tonya Best Lee's Nationwide auto policy number 6132 K 327068 does not provide insurance coverage for the claims asserted on behalf of Everette Clayton Best's estate in the wrongful death claim filed in Wayne County Superior Court, with the case caption Tonya Best Lee, Administratrix of the Estate of Everette Clayton Best v. Vickie Baker Keel, Executrix of the Estate of James Henry Baker, 14 CVS 1181

This case is closed.

**This judgment filed and entered on April 6, 2015, and served on:**

George L. Simpson, IV (via CM/ECF Notice of Electronic Filing)
Donald J. Dunn (via CM/ECF Notice of Electronic Filing)

April 6, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk